UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        <u>ORDER</u>

              v.                    :        Indictment No.
                                      08-cr-581 (JFK)
                                  :

VICTOR MELENDEZ, et al.

              Defendants.                    :

--------------------------------------------------------------x

      Defendant Juan Carlos Brito's bail conditions are amended to permit him to travel by airplane from Fort Lauderdale, Florida, to Newark, New Jersey, on August 2, 2008, and to drive through the area between Newark and Reading, Pennsylvania. Mr. Brito will be permitted to remain in Reading, Pennsylvania until August 4, 2008, at which time he will drive back from Reading, Pennsylvania to Newark, New Jersey and then fly back to Fort Lauderdale, Florida, also on August 4. Mr. Brito will advise his Pre-trial Services Officer of the details of his travel plans no later than 24 hours prior to his departure and will check in with his Pre-trial Services Officer as soon as is practicable (that is, as soon after his return as the office is open) upon his return to the Southern District of Florida.

Dated: 7/29/08

So ordered:

*John F. Keenan*

Honorable John F. Keenan